# CR 10 504

DMJ:LTG
F# 2009R01781

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JAMES E. WRIGHT,

          Defendant.

- - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 29 2010   ★

LONG ISLAND OFFICE

I N F O R M A T I O N

Cr. No. _____
(T. 21, U.S.C., §§
841(a)(1) and
841(b)(1)(B)(iii);
T. 18, U.S.C., §§
3551 et seq.)

SPATT, J.

LINDSAY, M.

THE UNITED STATES ATTORNEY CHARGES:

### POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

On or about May 17, 2008, within the Eastern District of New York, the defendant JAMES E. WRIGHT did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney